CLARA W. RAMBO, an Infant, by ANNA E. RAMBO, Her Guardian ad Litem, et al., Appellants, *v.* SAMUEL LONGMORE et al., as Executors of MARJORIE F. LONGMORE, Deceased, Respondents.

Argued December 5, 1945; decided March 7, 1946.

*Gordon M. Lipetz* for appellants.

*James I. McGuire* and *George A. Garvey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.